Leah A. Martin, Esq.
Nevada Bar No. 7982
Kevin Hejmanowski, Esq.
Nevada Bar No. 10612
Erik Simpson, Esq.
Nevada Bar No. 7179
LEAH MARTIN LAW
601 South Rancho Drive, Suite C-26
Las Vegas, Nevada 89106
Telephone: (702) 420-2733
Facsimile: (702) 330-3235
lmartin@leahmartinlv.com
khejmanowski@leahmartinlv.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL'S GOURMET PANTRY, INC., d/b/a MGP SPECIALTY FOOD, a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BACK OF THE HOUSE, LLC, a Texas limited liability company;; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive<br><br>Defendants. | Case No.: 2:22-cv-01953-ART-BNW<br><br>**STIPULATION TO STAY DISCOVERY AND RULE 26F CONFERENCE PENDING RULING ON MOTION TO DISMISS** |

Plaintiff Michael's Gourmet Pantry, Inc. ("Plaintiff"), by and through counsel, Lawrence Semenza, Esq., and Defendant Back of the House LLC ("Defendant"), by and through counsel, Leah Martin Law, hereby stipulate as follows:

WHEREAS, Plaintiff filed suit against Defendant in Nevada's Eighth Judicial District Court on October 21, 2022;

WHEREAS, Defendant removed the case to the United States District Court for the District of Nevada and then filed a Motion to Dismiss on December 23, 2022;

WHEREAS, Plaintiff has filed a response to Defendant's Motion to Dismiss, and Defendant's Motion to Dismiss is pending in the United States District Court for the District of Nevada;

WHEREAS, counsel for the parties conferred and agreed to a stay of discovery until after this Court rules on the pending Motion to Dismiss;

IT IS SO STIPULATED THAT:

(1) Submission of a Joint Rule 26(f) discovery plan be deferred until after the Court rules on Defendant's Motion to Dismiss; and

(2) Discovery be stayed until after the Court rules on the pending Motion to Dismiss and the Parties submit a Joint Rule 26(f) discovery plan (plan to be submitted two weeks after the ruling on the Motion to Dismiss if it is not dispositive of the case).

Dated: February 1, 2023

___/s/ Leah Martin_____
LEAH MARTIN LAW
Leah Martin, Esq.
Kevin Hejmanowski, Esq.
601 South Rancho Drive, Suite C-26
Las Vegas, Nevada 89106
*Attorneys for Defendant*

___/s/ Lawrence Semenza_____
LAWRENCE J. SEMENZA, LTD.
Lawrence J. Semenza, Esq.
3753 Howard Hughes Parkway
Suite 200
Las Vegas, NV 89169
*Attorney for Plaintiff*

**ORDER**

**IT IS SO ORDERED**

**DATED:** 12:50 pm, February 02, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

Gmail Search in mail Google

Mail
Chat
Spaces
Meet

Compose
Inbox 3
Starred
Snoozed
Sent
Drafts
More

Labels
2 P's in A Pod Consulting
2Be LLC
401K
1099s
5529 Balboa DR LLC
A Cat Hospital
Abbanante, Sean

1 of 7

**Erik Simpson** 9:47 AM (3 minutes ago)
to Gwen, Leah

FYI

---------- Forwarded message ---------
From: **Lawrence Semenza** <lsemenza@semenzalawfirm.com>
Date: Wed, Feb 1, 2023 at 9:02 AM
Subject: Re: Back of the House LLC
To: Erik Simpson <esimpson@leahmartinlv.com>

Erik,
You have my permission to file the Proposed Stipulation.
Thank you so much.

Lawrence J. Semenza, Esq.
Lawrence J. Semenza, Ltd.
3753 Howard Hughes Parkway Suite 200
Las Vegas, NV 89169
Telephone: (702) 369-6999
Fax: (702) 995-9036

