AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Michael's Gourmet Pantry, Inc.

                        Plaintiff,

      v.

Back of the House LLC

                        Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-01953-ART-BNW

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of Plaintiff Michael's Gourmet Pantry, Inc. against Defendant Back of the House LLC.

3/3/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk